IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

United States of America

v.   　　　　　　　　　　　　　　　　　　No. 8:17-cr-00481-PX (SEALED)

Abdiaziz Amalo

## MOTION TO WITHDRAW AS COUNSEL

### I. Introduction

Pursuant to Loc. R. 201.3, undersigned counsel respectfully requests that his appearance in this case be stricken.

### II. Discussion

Undersigned counsel is leaving the practice of law. His partner, John McKenna, has entered his appearance on behalf of the defendant. The defendant has been informed of this request and consents to it. Assistant United States Attorney David Salem has also been informed. For the reasons already discussed with the Court, there are no hearing dates currently set in this case and a status report is due on March 28, 2018. Therefore, granting counsel's request will cause neither unnecessary delay to these proceedings nor prejudice to the parties.

### III. Conclusion

For the above reasons, the undersigned attorney requests that this Honorable Court strike his appearance in this case and relieve him of further representation of the defendant.

ORIGINAL

IV.  Certificate of Service

I hereby certify that, on January 9, 2018, I caused a copy of this pleading to be mailed to Assistant United States Attorney David Salem at the Office of the United States Attorney for the District of Maryland at Greenbelt.

Respectfully Submitted,

BRENNAN MCKENNA & LAWLOR

*/s/ William A. Mitchell, Jr.*
William A. Mitchell, Jr., Esq.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
Office: (301) 474-0044
Facsimile: (301) 474-5730
Mobile: (301) 461-4664
wmitchell@brennanmckenna.com
